■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLIFTON ELLIOTT, Appellant.— Appeal from a judgment of the County Court, Kings County, sentencing appellant, after he had been found guilty, by a jury, of grand larceny in the first degree, to serve from 7½ to 10 years, as a second felony offender. Judgment reversed upon the law and a new trial ordered. The failure of the trial court to charge the provisions of section 393 of the Code of Criminal Procedure, followed by the court's refusal to recall the jury, while the jury was deliberating on the case, so as to give them this instruction, constituted reversible error. The request so to charge, having been made before the jury rendered their verdict, was timely (Code Crim. Pro., § 420-a). Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES GREGORY, Appellant.— Appeal from a judgment of the County Court, Kings County, sentencing appellant, after he had been found guilty, by a jury, of violating article 33 of the Public Health Law, to serve from 7½ to 15 years, as a second felony offender. Judgment unanimously affirmed. No opinion. Present — Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ.